IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRENDA SOTTLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:20-cv-03095-MDH |
| ) | |
| C.R. BARD INC. et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is the parties' Joint Motion for Temporary Stay (Doc. 28). The parties moves this Court for an entry of an Order staying this action through April 12, 2021 to permit them to pursue negotiations of a global settlement of this and other cases originally filed by Plaintiff's counsel in similar matters remanded from *In re: Bard IVC Filters Products Liability Litigation*, MDL 2641. The Court **GRANTS** the parties' Motion and the case is stayed through April 12, 2021.

**IT IS SO ORDERED.**

Dated: February 3, 2021   /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**