# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRENDA SOTTLER, | ) |
|               Plaintiff | ) Case No. 6:20-cv-03095-MDH |
| v. | ) ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE |
| C.R. BARD INC. and BARD PERIPHERAL VASCULAR, INC., | ) |
|               Defendants. | ) |

## ORDER

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 32). It is **ORDERED** that said Stipulation is **GRANTED**, and this matter is dismissed without prejudice with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 8, 2021

                                                     */s/ Douglas Harpool*
                                                     **DOUGLAS HARPOOL**
                                                     **United States District Judge**